**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PENINSULA COMPONENTS, INC.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 25-349** |
| | **:** | |
| **PENN ENGINEERING &** | **:** | |
| **MANUFACTURING CORP.** | **:** | |

## ORDER

This 14th day of May, 2026, for the reasons set forth in the accompanying memorandum,

it is hereby **ORDERED** that Plaintiff's Motion for Sanctions, ECF 71, is **GRANTED** in part, and

Defendant's Motion to Quash, ECF 84, is **DENIED**.

 /s/ Gerald Austin McHugh     
United States District Judge